UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                 :

JULISSA CRESPO, individually and as Parent :
and Natural Guardian of B.T.,

                                 :

                   Plaintiff,    :                 26-CV-5373 (VSB)

                                 :

         - against -         :                 **<u>ORDER</u>**

                                 :

KAMAR H SAMUELS and NEW YORK   :
CITY DEPARTMENT OF EDUCATION,    :

                                 :

                 Defendants.  :

                                 :

-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     I am in receipt of Plaintiff's motion for a temporary restraining order and preliminary

injunction.  (Doc. 5.)  Accordingly, it is hereby ORDERED that Defendants shall file their

response by Thursday, July 2, 2026.  Moreover, the parties shall attend a telephonic hearing on

the application for a temporary restraining order on Tuesday, July 7, 2026 at 2:00 p.m.  The dial-

in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

Plaintiff's counsel shall serve a copy of this Order electronically on counsel for Defendants

within twenty-four hours, who shall enter a notice of appearance as soon as practicable.

SO ORDERED.

Dated: June 26, 2026
      New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge